**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AVISTA MANAGEMENT, INC.,
d/b/a Avista Plex, Inc.,

        Plaintiff,

-vs-                                  Case No. 6:05-cv-1430-Orl-31JGG
                                         and consolidated cases[1]

WAUSAU UNDERWRITERS INSURANCE
COMPANY,

        Defendant.
_____

## OMNIBUS ORDER

This matter came before the Court after a hearing on various pending motions. For the reasons announced in open court, all pending motions to dismiss are **DENIED**, all pending motions for judgment on the pleadings are **DENIED AS MOOT,** and all pending motions for summary judgment are **DENIED AS PREMATURE.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2006.

                                                    GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] See attached appendix.

APPENDIX

| | |
|---|---|
| 6:05-cv-1430-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:05-cv-1510-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:05-cv-1731-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:05-cv-1732-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:05-cv-1883-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:05-cv-1884-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:06-cv-0054-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:06-cv-0055-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:06-cv-0081-GAP-JGG | Avista Management, Inc. v. Wausau Underwriters Ins. Co. |
| 6:06-cv-119-GAP-JGG | S. P. Lodging v. Wausau Underwriters Ins. Co. |