# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AVISTA MANAGEMENT, INC.,
d/b/a Avista Plex, Inc.,
                        Plaintiff,

-vs-                                                  Case No. 6:05-cv-1430-Orl-31JGG
                                                                     (Consolidated)
WAUSAU UNDERWRITERS INSURANCE
COMPANY,
6:                        Defendant.

| JUDGE: | Gregory A. Presnell<br>U.S. District Judge | DATE: | April 28, 2006 @ 9 am |
|---|---|---|---|
| DEPUTY CLERK: | Anita Justin | COURT REPORTER: | Diane Peede |
| COUNSEL FOR PLTF: | David Pettinato, | COUNSEL FOR DEFT:<br>Liberty Mutual: | D. Lee Craig, Suzanne K. Liotta, Robin Pero<br><br>Harrison Berenson |

**Defendant's MOTION For Confidentiality Order (Renewed) (Doc. No. 75)**

**Defendant's MOTION To Determine Sequence Of 30(b)(6) Depositions (Doc. NO. 78)**

**Plaintiff's MOTION to compel** *Defendant to Provide Better Responses to First Request for Production and First Set of Interrogatories* **(Doc. No. 79)**

**Plaintiff's MOTION for Indirect Civil Contempt and Order to Show Cause RE: Failing to Comply with Feb. 21, 2006, Court Order  (Doc. No. 80)**

**Plaintiff's Cross MOTION to compel** *Defendant to Provide Deposition of its Rule 30(B)(6) Witness* **(Doc. No. 82)**

**Plaintiff's MOTION for Court to Appoint a Special Master for Discovery Depositions  (Doc. No. 83)**

9:00 a.m.       Defendant's Motion (#75) is **GRANTED** subject to Court's approval of the actual terms. Defendant is directed to submit a proposed order.  Plaintiff will have 10 days to respond to the defendant's proposed order.

                    Defendant's Motion (#78) is GRANTED in part as stated in open court.

                    Plaintiff's Motion (#79) will be REFERRED to Magistrate Judge.

                    Motions at Doc. Numbers #80, #82 and #83 are **DENIED**.  Magistrate Judge is available to resolve discovery disputes.

                    Court will amend it's order at Doc. No. 66 and allow the Defendant until 5/19/06 to respond.

9:50 a.m.       Court adjourned.