**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AVISTA MANAGEMENT, INC.,**
**d/b/a Avista Plex, Inc.,**

        **Plaintiff,**

-vs-                                         **Case No. 6:05-cv-1430-Orl-31JGG**
                                                              **(Consolidated)**

**WAUSAU UNDERWRITERS INSURANCE**
**COMPANY,**

        **Defendant.**
_____

## CONFIDENTIALITY ORDER

Upon consideration of Defendant's Renewed Motion for Confidentiality Order (Doc. 75), which was granted by Order of April 28, 2006 (Doc. 92), it is further

**ORDERED** that:

1. All documents produced by Plaintiffs in these actions that contain trade secrets, proprietary information about Plaintiffs' business methods or personal information about Plaintiffs' employees shall be subject to this Confidentiality Order.

2. If Plaintiffs produce such documents, photocopies will be clearly marked to show that they are subject to this Confidentiality Order.

3. Unless and until there is a further Order by this Court, Defendant will not use any such document, including a summary or description thereof, in any fashion, except in connection with this litigation.

4. Unless and until there is a further Order by this Court, Defendant will not distribute any such document, including a summary or description thereof, to anyone other than an expert retained by Defendant in connection with this litigation. Any expert retained by Defendant is bound by this Confidentiality Order. It is the responsibility of the Defendant's counsel to advise any expert retained by Defendant of the requirements of this Confidentiality Order.

5. If, during this litigation, Defendant disputes the need for confidentiality of any such documents, Defendant may ask this Court to remove such documents from the strictures of this Confidentiality Order. If the Court determines that such documents are not subject to this Confidentiality Order, Plaintiffs shall provide copies without the confidentiality markings described in paragraph 2 of this Confidentiality Order.

6. Defendant also may request, and Plaintiffs will provide at trial, copies of any such documents Defendant intends to offer as exhibits, without the above markings.

7. At the conclusion of this litigation, Defendant shall return to Plaintiffs all documents subject to this Confidentiality Order, and all copies thereof.

8. The terms of this Confidentiality Order will survive the termination of this litigation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE