UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AVISTA MANAGEMENT, INC., d/b/a AVISTA PLEX, INC., <br><br>Plaintiff,<br><br>vs.<br><br>WAUSAU UNDERWRITERS INSURANCE COMPANY,<br><br>Defendant. | Case No.  6:05-cv-1430-GAP-JGG<br><br>Consolidated with Case Nos.<br>6:05-cv-1510-GAP-JGG<br>6:05-cv-1731-GAP-JGG<br>6:05-cv-1732-GAP-JGG<br>6:05-cv-1883-GAP-JGG<br>6:05-cv-1884-GAP-JGG<br>6:06-cv-00054-GAP-JGG<br>6:06-cv-00055-GAP-JGG<br>6:06-cv-00081-GAP-JGG<br>6:06-cv-119-GAP-JGG |

_____/

## CONFIDENTIALITY ORDER

This cause came on for consideration on Defendant's Renewed Motion for Confidentiality Order (Doc. No. 75) which was granted by Order dated April 28, 2006 (Doc. No. 92).  It is hereby FURTHER ORDERED:

1. All documents produced by Defendant in this action that contain trade secrets, proprietary information about Defendant's business methods or personal information about Defendant's employees shall be subject to this Confidentiality Order. These shall include, but are not limited to, training manuals and materials, handbooks, claims manuals, underwriting files, internal audit reports, company procedures and the like, as well as personnel files.

2. If Defendant produces such documents, photocopies will be clearly marked to show that they are subject to this Confidentiality Order.

3.  Unless and until there is a further Order by this Court, Plaintiffs will not use any such document, including a summary or description thereof, in any fashion, except in connection with this litigation.

4.  Unless and until there is a further Order by this Court, Plaintiffs will not distribute any such document, including a summary or description thereof, to anyone other than an expert retained by Plaintiffs in connection with this litigation. Any expert retained by Plaintiffs is bound by this Confidentiality Order. It is the responsibility of Plaintiffs' counsel to advise any expert retained by Plaintiffs of the requirements of this Confidentiality Order.

5.  If, during this litigation, Plaintiffs dispute the need for confidentiality of any such documents, Plaintiffs may ask this Court to remove such documents from the strictures of this Confidentiality Order. If the Court determines that such documents are not subject to this Confidentiality Order, Defendant shall provide copies without the confidentiality markings described in paragraph 2 of this Confidentiality Order.

6.  Plaintiffs also may request, and Defendant will provide at trial, copies of any such documents Plaintiffs intend to offer as exhibits, without the above markings.

7.  At the conclusion of this litigation, Plaintiffs shall return to Defendant all documents subject to this Confidentiality Order, and all copies thereof.

8.  The terms of this Confidentiality Order will survive the termination of this litigation.

DONE and ORDERED in Chambers, Orlando, Florida, on the 19TH day of May, 2006.

Honorable Gregory A. Presnell
United States District Judge

Copies furnished to:

Counsel of Record