**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AVISTA MANAGEMENT, INC.,**
**d/b/a Avista Plex, Inc.,**

        **Plaintiff,**

-vs-                                              **Case No. 6:05-cv-1430-Orl-31JGG**
                                                              **(Consolidated)**

**WAUSAU UNDERWRITERS INSURANCE**
**COMPANY,**

        **Defendant.**
_____

## ORDER

Upon consideration of the parties' submissions in response to the Court's omnibus order to show cause (Docs. 102 and 103), the Court is satisfied that each of these cases meet the monetary threshold for diversity jurisdiction. Accordingly, remand is not appropriate and the show cause order is discharged.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 2, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE