**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AVISTA MANAGEMENT, INC.,**
**d/b/a Avista Plex, Inc.,**

    **Plaintiff,**

-vs-              Case No.  6:05-cv-1430-Orl-31JGG
                    (Consolidated)

**WAUSAU UNDERWRITERS INSURANCE**
**COMPANY,**

    **Defendant.**
_____

## ORDER

Defendant, Wausau Underwriters Insurance Company ("Wausau") has filed an Amended Motion (Doc. 108) to vacate this Court's Order of June 6, 2006 (Doc. 106).  Apparently, the parties have now reached agreement on the location of the subject deposition.  Plaintiff concurs with this Motion.

Since the dispute underlying this Court's Order has been resolved, there is no need to engage in the ADR contest ordered by the Court.  With civility restored (at least for now), it is

**ORDERED** that the Motion is GRANTED.  The Court's Order at Doc. 106 is VACATED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 26, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE